# Court of Criminal Appeals of Texas
## @ Austin

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 10 2015

Abel Acosta, Clerk

Trial Court # 71320
COA Case No. 03-14-00046-CR
PD-1201-15

## Willie Lee Oakletree

v.

## The State of Texas

FILED IN
COURT OF CRIMINAL APPEALS

___ 14 2015

Abel Acosta, Clerk

## Motion

## To Abate back for A
## Motion on New Trial

May it please the Court and Judicial System to allow me Layman not Skilled in the Art of Law to Abate my Case Back to Trial Court or Appeal Courts for an Evidentary Hearing concerning my Right under Constitution ~~for~~ to file a Motion for New Trial and to be heard upon it in open court.

(1.)

Now if it would further please the Court that The Record will indicate that I in Open Court after being Sentenced I asked that (orally) I was given assistance of Attorney, to file a motion for New Trial. As can be indicated by Docket (Judges). Only after I was abandoned by my Trial Attorney and my Notice of Appeal was put on hold in order to obtain Attorney Asstance.

Honorable Court I ask that understanding be given to Art. 1.051(g) (Vernon 2005) That I was not admonished on record or off of danger disadvantages of Self Representation. Secondly if it would further please the Court to know that neither was I determined by the Court (Trial) that I Voluntarily and intelligently waived my right to Counsel. Thirdly, Honorable Court the record does not execute a written waiver of Counsel which Substantially Complies with Art. 1.051(g). We Need to veiw Fewins v St. Tex. App - Waco 2005

(2.)

Dear Court I as a Citizen of the united States whose interest were under the Control of a Court Appointed Attorney was denied my Rights under Faretta v. California. Dear Court all of this took place way before Anders Brief.

Under Anders Mandates was not followed — Freels v Hills 843 F.2d 958 (CA⁶-1988) found that Counsel must consult with client before the filing of Anders Brief as can be proven, referenced by record, the Court by omission. May it further please the Court I HAVE documentary evidence to prove that I was never consulted under the understanding that an Anders Brief would be filed. I am without currency to make copies of Doc. Evid. I have attached an Affividat.

Honorable Court, I pray that an evidentary hearing be held Concerning the Judicial Matter. Thank you. Sincerely,

Willie Ockletree

(3.)

# Court of Criminal Appeals of Texas
## @ Austin

## Willie Lee Ockletree

v.

## The State of Texas

PD-1201-15

## Affividat of Sworn

## Declaration...

Honorable Court I come upon you in my Competent Compacity to declare that all I have Stated in this Motion to Abate Back is True and Correct and Pray this Dear Court proceed with the interest of Justice.

Thank You Sincerely

Willie Ockletree
TDC#1906981
AllRED Unit
2101 FM 369 N.
Iowa Park, Tx
76367

True Under Perjury

P.S.
I was not assisted with a Motion for New Trial... Or Consulted on Anders...